In the Matter of Proving the Last Will and Testament of
ROXALANA WILLIAMS, Deceased.

NORMAN CARPENTER, as Executor, etc., Respondent, v. JULIUS
HALL, as Administrator, etc., Appellant.

(Argued January 19, 1894; decided February 6, 1894.)

APPEAL ·from judgment of the General Term of the
Supreme Court in the third judicial department, entered upon
an order made July 2, 1892, which affirmed a decree of the
Surrogate's Court of Rensselaer county admitting to probate
the will of Roxalana Williams, deceased.·

*R. A. Parmenter* for appellant.

*Charles E. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JAMES WALTER CRYSTAL, an Infant, etc., Appellant, v. THE
TROY AND BOSTON RAILROAD COMPANY, Respondent.

(Argued January 19, 1894; decided February 6, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the third judicial department, entered upon
an order made February 15, 1893, which affirmed a judgment
in favor of defendant entered upon an order of the court
nonsuiting plaintiff on trial at Circuit.

*R. A. Parmenter* for appellant.

*T. F. Hamilton* for respondent.

Agree to affirm on previous opinions of this court in same
case. (105 N. Y. 164; 124 id. 519.)
All concur.
Judgment affirmed.